IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

**CHAD MOREHEAD**                                                                 **PLAINTIFF**

V.                                                            CASE NO: **19-18**

**ERIKA L. NIXON, INDIVIDUALLY AND**                                **DEFENDANTS**
**AS AN EMPLOYEE AND AGENT OF**
**GREYHOUND LINES,**
**INCORPORATED; GREYHOUND**
**LINES, INCORPORATED; AND JOHN**
**DOES #1-10**

### SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF HINDS

TO:   Erika L. Nixon
      2840 Robinson Street, Apt. 149
      Jackson, Mississippi 39209

NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint with Discovery Attached to Rocky Wilkins, attorney for the Plaintiff, Morgan and Morgan, PLLC, 4450 Old Canton Road, Suite 200, Jackson, Mississippi 39211. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint with discovery attached or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

WITNESS MY SIGNATURE and seal of office this the ___7___ day of January, 2019.

                                             Zack Wallace, Circuit Clerk of
                                             Hinds County, Mississippi

                                             BY: _____Karla Bailey_____, D.C.

**Summons issued at the request of:**
ROCKY WILKINS, ESQ., MSB # 99707
WILL GRAVES, ESQ., MSB#105679
MORGAN AND MORGAN, PLLC
4450 OLD CANTON ROAD, SUITE 200
JACKSON, MISSISSIPPI 39211
TELEPHONE: (601) 949-3388
FACSIMILE: (601) 949-3399
**Attorneys for the Plaintiffs**

1

Exhibit "A"

**PROOF OF SERVICE-SUMMONS**
Erika L. Nixon
2840 Robinson Street, Apt. 149
Jackson, Mississippi 39209

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below:

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender. *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).*

_____ PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of _____, 20\_\_\_\_, where I found said person(s) in _____ County of the State of _____.

_____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, of the State of _____. I served the summons and complaint with discovery attached on the _____ day of _____, 20\_\_\_\_, at the usual place of abode of said person by leaving a true copy of the summons and complaint with discovery attached with _____, who is the _____ (Here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint with discovery attached, and thereafter on the _____ day of _____, 20\_\_\_\_, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. *(Attach signed return receipt or the return envelope marked "Refused".).*

At the time of service I was at least 18 years of age and not a party to this action.
Fee for service: $ _____.

Process server must list below: *[Please print or type]*

Name _____
Social Security Number _____
Address _____
_____
Telephone Number _____

**STATE OF MISSISSIPPI**
**COUNTY OF** _____

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server (Signature)

Sworn to and subscribed before me this the _____ day of _____, 20\_\_\_\_.

_____
NOTARY PUBLIC
(SEAL) My Commission expires: _____

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

**CHAD MOREHEAD**  PLAINTIFF

V.  CASE NO: 19-18

**ERIKA L. NIXON, INDIVIDUALLY AND**  DEFENDANTS
**AS AN EMPLOYEE AND AGENT OF**
**GREYHOUND LINES,**
**INCORPORATED; GREYHOUND**
**LINES, INCORPORATED; AND JOHN**
**DOES #1-10**

### SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF HINDS

TO:   Greyhound Lines, Incorporated
      Attn: CT Corporation System
      645 Lakeland East Drive, Suite 101
      Flowood, Mississippi 39232

NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint with Discovery Attached to Rocky Wilkins, attorney for the Plaintiff, Morgan and Morgan, PLLC, 4450 Old Canton Road, Suite 200, Jackson, Mississippi 39211. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint with discovery attached or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

WITNESS MY SIGNATURE and seal of office this the ___7___ day of January, 2019.

Zack Wallace, Circuit Clerk of
Hinds County, Mississippi

BY: _Karlo Bailey_, D.C.

**Summons issued at the request of:**
ROCKY WILKINS, ESQ., MSB # 99707
WILL GRAVES, ESQ., MSB#105679
MORGAN AND MORGAN, PLLC
4450 OLD CANTON ROAD, SUITE 200
JACKSON, MISSISSIPPI 39211
TELEPHONE: (601) 949-3388
FACSIMILE: (601) 949-3399
**Attorneys for the Plaintiffs**

1

**PROOF OF SERVICE-SUMMONS**
**Greyhound Lines, Incorporated**
**Attn: CT Corporation System**
**645 Lakeland East Drive, Suite 101**
**Flowood, Mississippi 39232**

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below:

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender. *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B)*.

_____ PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of _____, 20_____, where I found said person(s) in _____ County of the State of _____.

_____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, of the State of _____. I served the summons and complaint with discovery attached on the _____ day of _____, 20_____, at the usual place of abode of said person by leaving a true copy of the summons and complaint with discovery attached with _____, who is the _____ (Here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint with discovery attached, and thereafter on the _____ day of _____, 20_____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. *(Attach signed return receipt or the return envelope marked "Refused".)*.

At the time of service I was at least 18 years of age and not a party to this action.
Fee for service: $ _____.

Process server must list below: *[Please print or type]*

Name _____
Social Security Number _____
Address _____
_____
Telephone Number _____
**STATE OF MISSISSIPPI**
**COUNTY OF** _____

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server (Signature)

Sworn to and subscribed before me this the _____ day of _____, 20_____.

_____
NOTARY PUBLIC

(SEAL) My Commission expires: _____

2

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

**CHAD MOREHEAD**                                                                                     **PLAINTIFF**

V.                                                                        CASE NO: 19-18

**ERIKA L. NIXON, INDIVIDUALLY AND**                                                **DEFENDANTS**
**AS AN EMPLOYEE AND AGENT OF**
**GREYHOUND LINES,**
**INCORPORATED; GREYHOUND**
**LINES, INCORPORATED; AND JOHN**
**DOES #1-10**

<u>**SUMMONS**</u>

THE STATE OF MISSISSIPPI
COUNTY OF HINDS

TO:   Greyhound Lines, Incorporated
       Attn:   President
       15110 N. Dallas Parkway
       Dallas, Texas 75248

NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint with Discovery Attached to Rocky Wilkins, attorney for the Plaintiff, Morgan and Morgan, PLLC, 4450 Old Canton Road, Suite 200, Jackson, Mississippi 39211. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint with discovery attached or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

WITNESS MY SIGNATURE and seal of office this the ___7___ day of January, 2019.

Zack Wallace, Circuit Clerk of
Hinds County, Mississippi

BY: _____Karlo Bailey_____, D.C.

**Summons issued at the request of:**
ROCKY WILKINS, ESQ., MSB # 99707
WILL GRAVES, ESQ., MSB#105679
MORGAN AND MORGAN, PLLC
4450 OLD CANTON ROAD, SUITE 200
JACKSON, MISSISSIPPI 39211
TELEPHONE: (601) 949-3388
FACSIMILE: (601) 949-3399
**Attorneys for the Plaintiffs**

1

**PROOF OF SERVICE-SUMMONS**
**Greyhound Lines, Incorporated**
Attn: President
15110 N. Dallas Parkway
Dallas, Texas 75248

    I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below:

    _____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender. *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B)*.

    _____ PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of _____, 20_____, where I found said person(s) in _____ County of the State of _____.

    _____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, of the State of _____. I served the summons and complaint with discovery attached on the _____ day of _____, 20_____, at the usual place of abode of said person by leaving a true copy of the summons and complaint with discovery attached with _____, who is the _____ (Here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint with discovery attached, and thereafter on the _____ day of _____, 20\_\_\_\_\_, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

    _____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. *(Attach signed return receipt or the return envelope marked "Refused".)*.

    At the time of service I was at least 18 years of age and not a party to this action.
Fee for service: $ _____.

Process server must list below: *[Please print or type]*

Name _____
Social Security Number _____
Address _____
_____
Telephone Number _____
**STATE OF MISSISSIPPI**
**COUNTY OF** _____

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

                                                                           _____
                                                                           Process Server (Signature)

    Sworn to and subscribed before me this the _____ day of _____, 20_____.

                                                                    _____
                                                                           NOTARY PUBLIC
(SEAL) My Commission expires: _____

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

**CHAD MOREHEAD**                                                                        **PLAINTIFF**

**V.**                                                **CASE NO:**     **19-18**

**ERIKA L. NIXON, INDIVIDUALLY**                                   **DEFENDANTS**
**AND AS AN EMPLOYEE AND**
**AGENT OF GREYHOUND LINES,**
**INCORPORATED; GREYHOUND**
**LINES, INCORPORATED; AND**
**JOHN DOES #1-10**

**COMPLAINT WITH DISCOVERY ATTACHED**
**JURY TRIAL REQUESTED**

COMES NOW, Plaintiff Chad Morehead, by and through undersigned counsel and files this Complaint with Discovery attached and would show unto this Honorable Court the following, to wit:

**PARTIES**

1.

Chad Morehead is an adult resident of Atlanta, Georgia.

2.

Erika L. Nixon is an adult resident of Jackson, Hinds County, Mississippi and may be served with process at 2840 Robinson Street, Apt. 149, Jackson, Hinds County, Mississippi 39209. At all times relevant hereto, Defendant Nixon managed, operated, supervised, maintained, trained, was responsible for, and obtained financial benefit from the Greyhound bus (hereinafter "subject vehicle") while doing business in Mississippi. Defendant Nixon is being sued individually and as the employee and/or agent of Defendant Greyhound Lines,

1

Incorporated. Defendant Nixon was in the course and scope of her employment with the Defendant at all times relevant hereto, including the time of the subject collision.

3.

Greyhound Lines, Incorporated (hereinafter "Greyhound") is a Texas corporation doing business in Mississippi. Greyhound may be served with process through its registered agent, CT Corporation System at 645 Lakeland East Drive Suite 101, Flowood, Mississippi 39232. In the alternative, Greyhound may be served with process by serving its President at its principle place of business located at 15110 N. Dallas Parkway, Dallas, Texas 75248. At all times relevant hereto, Greyhound owned, managed, leased, operated, supervised, maintained, trained, was responsible for, and obtained financial benefit from the subject vehicle doing business in Mississippi. At all relevant times hereto, Erika L. Nixon was acting in the course and scope of her employment for Greyhound. Greyhound hired, trained, managed, supervised, entrusted, and employed Defendant Nixon. Thus, Greyhound is liable for the acts and/or omissions of Erika L. Nixon under the theory of *respondeat superior* and is liable for the injuries of Plaintiff.

4.

Defendants, John Does #1-10, include those persons or entities unknown to the Plaintiff at this time that were involved in the control, ownership, management, leasing, operation, supervision, maintenance, training, inspection, repair, were responsible for, and obtained financial benefit from the Defendants and the subject vehicle's operation in Mississippi and for the persons or entities involved and/or designed and manufactured the subject vehicle and/or provided Defendant Erika L. Nixon with alchol. Upon information and belief, John Does #1-10 are resident and nonresident Defendants doing business in the State of Mississippi whose identities are unknown at this time. The filing of this Complaint is a filing against all John Doe

Defendants and this Complaint will be appropriately amended in accordance with the Mississippi Rules of Civil Procedure when the identities are ascertained.

## JURISDICTION AND VENUE

4.

This Court has jurisdiction over this matter pursuant to the Mississippi Constitution and the laws of the State of Mississippi. Venue is proper in the First Judicial District of Hinds County, Mississippi, as the acts complained of occurred in whole or in part in Hinds County, Mississippi, and one or more of the Defendants resides in the First Judicial District of Hinds County, Mississippi.

## NEGLIGENCE

5.

On or about January 2, 2019 Plaintiff Chad Morehead was a fare paying passenger on a Greyhound bus operated by Defendant Erika L. Nixon on the Pascagoula Street entry ramp to Interstate 55 in Jackson, Hinds County, Mississippi. The Greyhound bus intended to go southbound. Suddenly and without warning, the Greyhound bus overturned and crashed.

6.

The aforesaid crash sued on herein was the fault of, and proximately caused by the negligence of defendants, Erika L. Nixon and Greyhound, in the following, non-exclusive respects:

    (a)     Negligent and careless operation of the subject vehicle by the Defendants in violation of Miss. Code Ann. § 63-3-1213 and such conduct constitutes negligence *per se*;

3

(b)  Reckless, willful or wanton disregard for the safety of persons or property in violation of Miss. Code Ann. § 63-3-1201 and such conduct constitutes negligence *per se*;

(c)  Failure to keep the subject vehicle under reasonable and proper control;

(d)  Failure to keep a reasonable and proper lookout as Defendant Nixon operated the subject vehicle;

(e)  Failure to abide by the Rules of the Road;

(f)  Operating Defendants' vehicle under the influence of alcohol and/or illegal drugs;

(g)  Speeding or travelling at a speed unreasonable for the existing conditions;

(h)  Negligent hiring, training, and supervising; and/or

(i)  Other acts of omission and commission to be named in a trial of this matter.

7.

At all relevant times, herein, the Defendants were common carriers of passengers for hire who violated their obligation, under the Federal Motor Carrier Safety Regulations, to exercise the highest degree of care and diligence for the safety of its passengers including but not limited to the Plaintiff.

## DAMAGES

8.

As a result of the Defendants' negligent acts and/or omissions, Chad Morehead has suffered past, present, and future pain and suffering, past, present, and future medical expenses, and past, present, and future emotional distress and mental anguish.

9.

Based on the foregoing, Plaintiff requests an award of damages for the following:

(a) Past, present, and future medical bills;

(b) Past, present, and future physical pain and suffering;

(c) Past, present, and future mental and emotional distress;

(d) Attorney's fees;

(e) Pre-judgment interest;

(f) Post-judgment interest;

(g) Loss of enjoyment of life;

(h) Punitive damages; and/or

(i) All other damages allowed under Mississippi Law

## PUNITIVE DAMAGES

Further, the Plaintiff herein would show that the acts of the Defendants were so grossly negligent, insensitive, careless, reckless, willful and wanton, and/or intentional that their conduct gives rise to punitive damages and the Plaintiff specifically request the award of such punitive damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands a jury trial and judgment, jointly and severally against the Defendants for all damages allowed under Mississippi law including compensatory and punitive damages in an amount to be determined by the jury, together with all costs, and for any such other general relief which the Court and jury may deem appropriate.

RESPECTFULLY SUBMITTED, this the 7th day of January, 2019.

PLAINTIFF

BY: _____
ROCKY WILKINS

ROCKY WILKINS, ESQ., MSB#99707
WILL GRAVES, ESQ., MSB#105679
MORGAN AND MORGAN, PLLC
4450 OLD CANTON ROAD, SUITE 200
JACKSON, MISSISSIPPI 39211
TELEPHONE: (601) 949-3388
FACSIMILE: (601) 949-3399
EMAIL: ROCKY@FORTHEPEOPLE.COM
       WGRAVES@FORTHEPEOPLE.COM

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2016)

**Court Identification Docket #:** County # 25 | Judicial District 1 | Court ID (CH, CI, CO) CI
**Case Year:** 2019
**Docket Number:** 18
**Local Docket ID:**

This area to be completed by clerk — Month 01 / Date 07 / Year 19

Case Number if filed prior to 1/1/94:

In the **CIRCUIT** Court of **HINDS** County — **FIRST** Judicial District

### Origin of Suit (Place an "X" in one box only)
[X] Initial Filing
[ ] Reinstated
[ ] Foreign Judgment Enrolled
[ ] Transfer from Other court
[ ] Other
[ ] Remanded
[ ] Reopened
[ ] Joining Suit/Action
[ ] Appeal

### Plaintiff
Individual: **Morehead**, **Chad**
Last Name / First Name / Maiden Name / M.I. / Jr/Sr/III/IV: Jr.

Address of Plaintiff:
Attorney (Name & Address): Rocky Wilkins, 4450 Old Canton Road, Suite 200, Jackson, MS 39211
MS Bar No. **99707**

Signature of Individual Filing: /s/ Rocky

### Defendant
Individual: **Nixon**, **Erika**
Last Name / First Name / Maiden Name / M.I. **L.** / Jr/Sr/III/IV

Attorney (Name & Address) - If Known:
MS Bar No.

### Nature of Suit (Place an "X" in one box only)

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce:Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (Involuntary)
- [ ] Mental Health Commitment

- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [X] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other

IN THE <u>CIRCUIT</u> COURT OF <u>HINDS</u> COUNTY, MISSISSIPPI

<u>FIRST</u> JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____
         File Yr     Chronological No.     Clerk's Local ID

Docket No. If Filed Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of __ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

Individual: _____ _____ ( _____ ) _____ _____
         Last Name     First Name     Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** <u>Greyhound Lines, Incorporated</u>
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: _____ _____ ( _____ ) _____ _____
         Last Name     First Name     Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: _____ _____ ( _____ ) _____ _____
         Last Name     First Name     Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

**CHAD MOREHEAD**                                                              **PLAINTIFF**

V.                                                                                        **CASE NO.: 19-18**

**ERIKA L. NIXON, INDIVIDUALLY**
**AND AS AN EMPLOYEE AND**
**AGENT OF GREYHOUND LINES**
**INCORPORATED; GREYHOUND**
**LINES INCORPORATED; AND**
**JOHN DOES #1-10**                                                           **DEFENDANTS**

**NOTICE OF SERVICE OF DISCOVERY**

Notice is hereby given, pursuant to local rules, that Plaintiff served along with this Notice in the above entitled action, the following documents to the Defendants:

1. Plaintiffs' First Set of Interrogatories to the Defendanst;
2. Plaintiffs' First Set of Requests for Production of Documents to the Defendants; and
3. Plaintiffs' First Set of Requests for Admissions to the Defendants

The undersigned retains the original of the above papers as custodian thereof pursuant to local rules.

RESPECTFULLY SUBMITTED, this the 28th day of March, 2019.

              PLAINTIFFS,

              BY: /s/Rocky Wilkins
                 ROCKY WILKINS

ROCKY WILKINS, ESQ., MSB#99707
MORGAN AND MORGAN, PLLC
4450 OLD CANTON ROAD, SUITE 200
JACKSON, MISSISSIPPI 39211
TELEPHONE: (601) 949-3388
FACSIMILE: (601) 949-3399
EMAIL: ROCKY@FORTHEPEOPLE.COM